**John FRILANDO, a/k/a John Anthony Frilando, a/k/a John A. Frilando, Plaintiff–Appellant,**

v.

**UNITED STATES of America; Judge Weston Houck; Judge Cameron Currie; Judge Margaret B. Seymour; Ausa Alfred Bethea; Agent Joseph M. Koeing; Attorney Randolph Gregory, Defendants–Appellees.**

No. 13–6883.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 27, 2013.

John Frilando, Appellant pro se.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Frilando appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Frilando's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the dis-

trict court. *Frilando v. United States,* No. 4:13–cv–00861–DCN, 2013 WL 2180745 (D.S.C. May 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*